IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**STELLA ELLIS**                                                                      **PLAINTIFF**

**VS.**                                                           **CIVIL ACTION NO. 3:15cv123**

**JUDGE JIMMY VANCE, CALHOUN COUNTY, MISSISSIPPI,
DEPUTY KENNETH WHITE, SHERIFF GREG POLLAN
and LYNN RODGERS**                                                 **DEFENDANTS**

## JUDGMENT

For the reasons given in the court's order entered this date, it is hereby ordered and adjudged that this case is dismissed with prejudice.

So ordered, this, the 2nd day of January, 2017

                                                   /s/ Michael P. Mills
                                                   **UNITED STATES DISTRICT JUDGE**
                                                   **NORTHERN DISTRICT OF MISSISSIPPI**